AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
                      Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Ashley Watson** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: **1:15CR03394-002WJ**<br>USM Number: **82472-051**<br>Defendant's Attorney: **Ryan Baughman** |

**THE DEFENDANT:**

☒   admitted guilt to violations of condition(s) **Standard, Special** of the term of supervision.

☐   was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to report to the probation officer as instructed. | 10/27/2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 . The Court has considered the United States Sentencing Guidelines and, in arriving at the sentence for this Defendant, has taken account of the Guidelines and their sentencing goals. Specifically, the Court has considered the sentencing range determined by application of the Guidelines and believes that the sentence imposed fully reflects both the Guidelines and each of the factors embodied in 18 U.S.C. § 3553(a). The Court also believes the sentence is reasonable, provides just punishment for the offense and satisfies the need to impose a sentence that is sufficient, but not greater than necessary to satisfy the statutory goals of sentencing..

☐   The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **2122**<br>Last Four Digits of Defendant's Soc. Sec. No. | **8/29/2024**<br>Date of Imposition of Judgment |
| **1986**<br>Defendant's Year of Birth | **/s/ William P. Johnson**<br>Signature of Judge |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable William P. Johnson**<br>**Chief United States District Judge**<br>Name and Title of Judge |
| | **9/4/2024**<br>Date |

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1A
Judgment - Page 2 of 3

DEFENDANT: **Ashley Watson**
CASE NUMBER: **1:15CR03394-002WJ**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to refrain from communicating or interacting with someone she knew was engaged in criminal activity. The defendant failed to refrain from knowingly communicating or interacting with a person she knew had been convicted of a felony without first getting the permission of the probation officer. | 07/03/2024 |
| Special condition | The defendant failed to submit to substance abuse testing to determine if she had used a prohibited substance. | 06/29/2024 |
| Special Condition | The defendant failed to participate in an outpatient substance abuse treatment program and failed to follow the rules and regulations of that program. | 06/18/2024 |

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Ashley Watson**
CASE NUMBER: **1:15CR03394-002WJ**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **5 months**.

**Another term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at  on .
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL